### TIMOTHY PETTY *v.* COMMISSIONER OF CORRECTION

The petitioner Timothy Petty's petition for certification for appeal from the Appellate Court, 125 Conn. App. 185 (AC 30754), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Elizabeth Knight Adams*, special public defender, in support of the petition.

*Sarah Hanna*, assistant state's attorney, in opposition.

Decided January 20, 2011

### STATE OF CONNECTICUT *v.* MARCUS DUFFUS

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 17 (AC 30974), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*David R. Gronbach*, in support of the petition.

Decided January 20, 2011